M. N. TOXEY ET AL. *v.* W. B. MEGGS ET AL.

(Filed 27 September, 1939.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendants from *Carr, J.,* at March Term, 1939, of CAMDEN.

Civil action to restrain defendants from cutting timber on plaintiffs' land, and to recover damages for trespass already committed.

From verdict and judgment for plaintiffs, the defendants appeal, assigning errors.

*M. B. Simpson and McMullan & McMullan for plaintiffs, appellees.*
*Chester R. Morris and R. Clarence Dozier for defendants, appellants.*

PER CURIAM. One member of the Court, *Winborne, J.,* not sitting, and the remaining six being evenly divided in opinion whether reversible error has been shown, the judgment of the Superior Court is affirmed, accordant with the usual practice in such cases, and stands as the decision in the instant case, without becoming a precedent. *Allen v. Ins. Co.,* 211 N. C., 736, 190 S. E., 735, and cases there cited.

Affirmed.